**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ROSA VALDES COMENDADOR,**<br><br>***Petitioner*,**<br>**v.**<br><br>**TODD BLANCHE,**<br>*United States Attorney General*;<br>**MARKWAYNE MULLIN,**<br>*Secretary of the United States Department of Homeland Security*;<br>**DAVID VENTURELLA,**<br>*Senior Official Performing the Duties of the Director of United States Immigration and Customs Enforcement*;<br>**JOEL GARCIA,**<br>*ICE Field Office Director for U.S. Immigration and Customs Enforcement*; **and**<br>**WARDEN OF THE ERO EL PASO EAST MONTANA,**<br><br>***Respondents*.** | § | **EP-26-CV-00734-DCG** |

**<u>ORDER</u>**

In light of Petitioner Rosa Valdes Comendador's release from custody,[1] the Court **VACATES** its "Order Regarding Emergency Motion" (ECF No. 13). The Court thereby:

(1) **VACATES** the briefing schedule set forth in that Order; and

(2) **CANCELS** the motion hearing scheduled for October 22, 2026.[2]

---

[1] Notice, ECF No. 14, at 1 ("Respondents released [Petitioner] from custody on the evening of October 13, 2026, after her counsel notified Respondents' counsel of her re-detention and filed her Emergency Motion to Enforce Order Granting Petition for Writ of Habeas Corpus." (citation omitted)).

All page citations in this Order refer to the page numbers assigned by the Court's CM/ECF system, rather than the cited document's internal pagination.

[2] Order Regarding Emergency Mot., ECF No. 13, at 4–5.

The Court imposes the following briefing schedule in the prior schedule's place. By **October 29, 2026**, Respondents **SHALL BRIEF** the live issues that Petitioner identifies in her "Notice of Release and Partial Withdrawal of Emergency Motion to Enforce Order Granting Petition for Writ of Habeas Corpus" (ECF No. 14).

Petitioner **MAY** file a reply brief by **November 5, 2026** if she chooses. The Court **RESERVES THE RIGHT** to rule without awaiting Petitioner's reply.[3]

Finally, the Court **DIRECTS** the Clerk of Court to **REMOVE** the word "Acting" from Respondent Todd Blanche's title in the case caption on CM/ECF.

**So ORDERED and SIGNED this 15th day of October 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

[3] *See* W.D. TEX. CIV. R. 7(e)(2) ("The court need not wait for a reply before ruling on a motion.").